**Louis G. IORI, Appellant,**

v.

**William SOTTILE, Appellee.**

**No. 19012.**

United States Court of Appeals
Fifth Circuit.

Dec. 21, 1961.

Jay H. Tiffin, Kenneth C. Tiffin, Tiffin & Tiffin, Boston, Mass., for appellant.

Vernon W. Turner, Turner & Hodson, Homestead, Fla.,. for appellee.

Before RIVES, CAMERON and BELL, Circuit Judges.

PER CURIAM.

On the basis of the findings of fact and conclusions of law entered by the district court with the controlling parts of which we are in agreement, the judgment of the district court is

Affirmed.

---

**D. LOVEMAN & SON EXPORT CORP., Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**D. LOVEMAN & SON, INC., Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Nos. 14543, 14544.**

United States Court of Appeals
Sixth Circuit.

Dec. 16, 1961.

Richard Katcher, Cleveland, Ohio, for petitioners.

Richard J. Heiman, Department of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson and A. F. Prescott, Attorneys, Department of Justice, Washington, D. C., on brief, for respondent.

Before MARTIN, WEICK and O'SULLIVAN, Circuit Judges.

The above causes came on to be heard upon the record, briefs and arguments of counsel, and upon due consideration thereof, it is the opinion of this Court that the decision of the Tax Court should be affirmed. The opinion of the Tax Court adequately reviews the factual background of the litigation and we agree with the conclusions of the Tax Court as expressed in the able opinion of Judge Arnold Raum, which is reported as 34 T.C. 776 (1960).

It is, therefore, ordered that the decision of the Tax Court be, and the same is, hereby affirmed.

---

**MOHAWK RUBBER CO., Appellant**

v.

**N. H. TAYLOR, etc.**

**N. H. TAYLOR, etc., Appellant**

v.

**MOHAWK RUBBER CO.**

**Nos. 16853, 16854.**

United States Court of Appeals
Eighth Circuit.

Nov. 20, 1961.

J. W. Barron, Little Rock, Ark., for Mohawk Rubber Co.

Eugene R. Warren, Little Rock, Ark., for N. H. Taylor, etc.

PER CURIAM.

Appeals from District Court dismissed on stipulation and motion.